UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00273-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  GERALD AUGUSTINE,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Change of Plea Hearing is **SET** for **Thursday, October 27, 2011, at 4:00 p.m.**

    Dated: October 13, 2011