UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00273-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     GERALD AUGUSTINE,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict with a criminal trial, the Sentencing Hearing set for Thursday, January 19, 2012, at 2:00 p.m. is **VACATED**. The parties shall jointly contact my Chambers at (303) 844-2170 to reset this hearing
.
    Dated: January 11, 2012