UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00273-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GERALD AUGUSTINE,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict with a trial, the Sentencing Hearing set on Monday, March 19, 2012 is **VACATED**.

    Dated: March 14, 2012